AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

Michelle Carpentier
91 Spring Street
Manville, R.I. 02838-1307
dob: 10-20-65

**CRIMINAL COMPLAINT**
CASE NUMBER:

03-1775-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 28, 2002__ in __Worcester__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

being a United States Postal Service employee, removed and stole articles contained in mail, intended to be conveyed by mail, or carried or delivered by any carrier, agent or other person employed in any department of the Postal Service.

in violation of Title __18__, United States Code, Section(s) __1709__.

I further state that I am a(n) __Postal Inspector__ and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__12-30-03__ at __Worcester, Massachusetts__
Date                                            City and State

CHARLES B. SWARTWOOD, UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer