UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.
                                                03-1775-CBS

MICHELLE CARPENTIER
91 SPRING STREET
MANVILLE, RI 02838-1307

---

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance.**

PLACE:

| | |
|---|---|
| U.S. DISTRICT COURT | **COURTROOM #1, 5th FLOOR** |
| **595 Main Street** | DATE AND TIME: |
| **WORCESTER**, MA 01608 | **January 23, 2004, at 2:15 p.m.** |

To answer an **Complaint** Charging you with a violation of TITLE 18, USC Section 1709

Description of offenses:

**REMOVED AND STOLE ARTICLES CONTAINED IN MAIL**

---

**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above. Failure to appear will result in the issuance of a warrant for your arrest. If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Lisa B. Roland at (508) 929-9905 as soon as possible.

                                    CHARLES B. SWARTWOOD, III,
                                    Magistrate Judge

Dated: January 6, 2004              /s/ Lisa B. Roland
                                    Lisa B. Roland
                                    Deputy Clerk
                                    (508) 929-9905

***PLEASE REPORT TO PRETRIAL SERVICES**, 4th floor, 595 Main Street, Worcester, MA, **2 hours** before you are scheduled to appear before the Magistrate Judge for the purpose of a pretrial interview.**YOU MUST HAVE TWO FORMS OF ID TO GET INTO THE BUILDING.**