|  | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

USA v.s. M. Carpentier

FOR
AT

FILED IN CLERKS OFFICE
2004 JAN 20 P 2:00
US DISTRICT

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
03-1775 CBS
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

**ASSETS**

*I recieve AFDC through the state of MA in the amount of $631 per month*

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month? $ 9/03  600 m/th

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED          SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ _____

---

**DEPENDENTS**
MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them
Ashley Duboust daughter 17yr
Anthony Truscott son 10 yr
Samantha Spess daughter 6 yr

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent |  | $ | $ 474 |
| Gas |  | $ | $ 140 |
| Electric |  | $ | $ 60 |
| Phone |  | $ | $ 50 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Michelle Carpentier*