## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: __Charles B. Swartwood, III__

Courtroom Clerk: __Roland__

Case: USA v. __Michelle Carpentier__

AUSA: __Casey for Connolly__

PTSO/PO: __Vangie__

Date: __January 23, 2004__

Time In Court: __15 min__

Case Number: __03-1775 CBS__

Defense Counsel: __Watkins__

Recording Time: __2:31 P__

## TYPE OF HEARING

[X] **Initial Appearance**
[ ] Arrested:  [ ] on warrant  [ ] on probable cause
[ ] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X] Requests Appointment of Counsel
[ ] Retained Counsel
[X] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

__Probable Cause Hearing (IN BOSTON)__ set for __2/6/04__ at __10:00 am__

## REMARKS

Case called, Counsel and Defendant appear for Initial Appearance, The Gov't is not seeking detention, Dft released on conditions