AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

*Michelle Carpentier*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 03 mj 1775 CBS

I, _Michelle Carpentier_ , charged in a (complaint) (petition)

with _theft of mail by Postal Employee_

Title _18_ , U.S.C., _1709_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Michelle Carpentier_
*Defendant*

_2/6/04_
*Date*

_[signature]_
*Counsel for Defendant*

This form was electronically produced by Elite Federal Forms, Inc.